# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO.  03-24-00094-CV

**Abibou Oyeyiola, Appellant**

**v.**

**Daniel Hudsky, Appellee**

### FROM THE COUNTY COURT AT LAW NO. 1 OF TRAVIS COUNTY
### NO. C-1-CV-24-000043, THE HONORABLE TODD T. WONG, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Abibou Oyeyiola has failed to prosecute this appeal.  A notice of appeal was filed on February 2, 2024.  The clerk's record was filed on March 4, 2024, and no reporter's record was requested.  By letter dated May 24, 2024, this Court's clerk informed the parties that Appellant's brief was overdue and that failure to file a brief or other response by June 3, 2024, could result in this appeal being dismissed for want of prosecution.  To date, Appellant has not filed a brief or other response to the clerk's notice.  We dismiss this appeal for want of prosecution.  *See* Tex. R. App. P. 42.3.

_____

Darlene Byrne, Chief Justice

Before Chief Justice Byrne, Justices Triana and Kelly

Dismissed for Want of Prosecution

Filed:  July 19, 2024